1  JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2
BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

5
450 Golden Gate Ave., Box 36055
6  San Francisco, California 94102
Telephone:  (415) 436-7200
7  Fax: (415) 436-7234
E-Mail: kevin.barry@usdoj.gov

8

9  Attorneys for Plaintiff

10
UNITED STATES DISTRICT COURT

11
NORTHERN DISTRICT OF CALIFORNIA

12
SAN FRANCISCO DIVISION

13

14
| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0138 MHP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ~~[PROPOSED]~~** |
| ) | **ORDER EXCLUDING TIME UNDER 18** |
| ROBERT GREEN, ) | **U.S.C. § 3161** |
| ) | |
| Defendant. ) | |
| ) | |

15

16

17

18

19

20

21      On March 15, 2010, the parties appeared before the Court for a status hearing.  At that

22  time, the Court set a further status hearing for March 29, 2010, at 10:00 a.m.  At the March 15th

23  hearing, the parties requested that time be excluded from any time limits applicable under 18

24  U.S.C. § 3161 for effective preparation of counsel, as the government had just produced

25  discovery to the defendant.  The Court agreed that an exclusion was proper, and it made findings

26  on the record consistent with that agreement, under 18 U.S.C. § 3161(h)(7)(B)(iv).

27      On March 29, 2010, the parties appeared before the Court once again for a status hearing.

28  At that time, the Court set a further status hearing for April 19, 2010, at 10:00 a.m.  At the March

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0138 MHP

1  29th hearing, the parties requested that time be excluded from any time limits applicable under

2  18 U.S.C. § 3161 for effective preparation of counsel.  The Court agreed that an exclusion was

3  proper, and it made findings on the record consistent with that agreement, under 18 U.S.C. §

4  3161(h)(7)(B)(iv).

5

6           SO STIPULATED:
                                              JOSEPH P. RUSSONIELLO
7                                             United States Attorney

8
   DATED: March 31, 2010                      _____/s/_____
9                                             KEVIN J. BARRY
                                              Assistant United States Attorney
10

11 DATED: March 31, 2010                      _____/s/_____
                                              EDWARD W. SWANSON
12                                            Attorney for Defendant ROBERT GREEN

13

14                              ~~[PROPOSED]~~ ORDER

15         For good cause shown, the Court hereby finds that an exclusion of the time between

16 March 15, 2010 and April 19, 2010 from any limits applicable under 18 U.S.C. § 3161 is

17 warranted.  The Court finds that the ends of justice served by granting such an exclusion of time

18 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

19 3161(h)(7)(A).  A failure to grant the requested exclusion of time would deny counsel for the

20 defendant and for the government the reasonable time necessary for effective preparation, taking

21 into account the exercise of due diligence, and would result in a miscarriage of justice.  18

22 U.S.C. §3161(h)(7)(B)(iv).

23
   **IT IS SO ORDERED.**
24

25    Dated: __4/1/2010_____

26                                              IT IS SO ORDERED

27                                              Judge Marilyn H. Patel

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0138 MHP                              2