JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br>ROBERT GREEN,<br>      Defendant. | CR No. 10-0138 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CHANGING HEARING DATE** |

On June 29, 2010, the parties appeared before the Court for a status hearing. At that time, the Court set a further status hearing for July 19, 2010, at 10:00 a.m. Since that time, the defendant has requested additional information regarding earlier-produced discovery. Some of the requested information has been provided; other materials are forthcoming; additional discovery has been requested; and the parties continue to engage in settlement discussions. At this point, the case will not resolve or be ready for motion or trial setting, so the parties respectfully request that the July 19, 2010 hearing be moved to August 2, 2010 at 10:00 a.m. or to the next Monday on which the Court is available.

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 10-0138 MHP

1    The parties request that time be excluded from any time limits applicable under 18 U.S.C.
2    § 3161.  The parties agree that granting the exclusion would allow the reasonable time necessary
3    for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree
4    that the ends of justice served by granting such an exclusion of time outweigh the best interests
5    of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7    SO STIPULATED:
                                            JOSEPH P. RUSSONIELLO
8                                           United States Attorney

9    DATED: July 16, 2010                    _____/s/_____
10                                           KEVIN J. BARRY
                                            Assistant United States Attorney

12   DATED: July 16, 2010                    _____/s/_____
                                            EDWARD W. SWANSON
13                                           Attorney for Defendant ROBERT GREEN

15                           [PROPOSED] ORDER

16   For good cause shown, the Court hereby orders that the status hearing set for July 19,
17   2010 be moved to August 2, 2010.  The Court finds that an exclusion of the time between July
18   19, 2010 and August 2, 2010 from any limits applicable under 18 U.S.C. § 3161 is warranted.
19   The Court finds that the ends of justice served by granting such an exclusion of time outweigh
20   the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  A
21   failure to grant the requested exclusion of time would deny counsel for the defendant and for the
22   government the reasonable time necessary for effective preparation, taking into account the
23   exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C.
24   §3161(h)(7)(B)(iv).

25   **IT IS SO ORDERED.**

27   Dated:  ___7/16/2010_____

                                            IT IS SO ORDERED
                                            [signature]
                                            Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 10-0138 MHP                              2

1                                                                             United States District Judge

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-0138 MHP |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE |
| v. ) ) | |
| ROBERT GREEN, ) ) | **ATTESTATION OF FILER** |
| Defendant. ) ) | |

     In addition to myself, the other signatory to this document is <u>Edward W. Swanson</u>.  I hereby attest that I have obtained his permission to file this document with his conformed signature.

DATED: July 16, 2010                                 /s/   Kevin J. Barry

                                                KEVIN J. BARRY (CABN 229748)
                                                Assistant United States Attorney
                                                450 Golden Gate Avenue, Box 36055
                                                San Francisco, California  94102
                                                Telephone:    (415) 436-7200
                                                Facsimile:     (415) 436-7234
                                                Email: <u>kevin.barry@usdoj.gov</u>

ATTESTATION OF FILER
CR 10-0138 MHP