1  Edward W. Swanson, SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
5  Attorney for Defendant ROBERT GREEN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 10-0138 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | **CURRENT DATE AND TIME: AUGUST 2, 2010 AT 10:00 A.M.** |
| ROBERT GREEN, | |
| Defendant. | **PROPOSED DATE AND TIME: AUGUST ~~16~~ 23, 2010 AT 10:00 A.M.** |

     Robert Green, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorneys Kevin Barry and Tarek Helou, hereby agree and stipulate as follows:

     1)    The parties are scheduled to appear before this Court on August 2, 2010 at 10:00 a.m. for a status hearing.

     2)    Counsel for the government, AUSA Barry, has been out of the office for unexpected personal reasons, and because of that absence, has been unable to provide additional discovery requested by the defense. Therefore, the parties hereby request that the hearing be continued from August 2, 2010 at 10:00 a.m. to August ~~16~~ 23, 2010 at 10:00 a.m.

     3)    The parties further request that time be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties agree that granting the exclusion would allow the

1  reasonable time necessary for effective preparation of both counsel and continuity of government
2  counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice
3  served by granting such an exclusion of time outweigh the best interests of the public and the
4  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

DATED: July 27, 2010        /s/
                            KEVIN J. BARRY
                            TAREK J. HELOU
                            Assistant United States Attorneys

DATED: July 27, 2010        /s/
                            EDWARD W. SWANSON
                            Attorney for Defendant ROBERT GREEN

### [PROPOSED] ORDER

For good cause shown, the Court hereby orders that the status hearing set for August 2, 2010 at 10:00 a.m. be moved to August 23, 2010 at 10:00 a.m. The Court finds that an exclusion of the time between August 2, 2010 and August 23, 2010 from any limits applicable under 18 U.S.C. § 3161 is warranted. The Court finds that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). A failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, would deny the government continuity of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  7/29/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

2